**Order entered June 19, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00576-CV

**SNP SCHNEIDER-NEUREITHER & PARTNER AG, Appellant**

**V.**

**SAMUEL WOOD AND JAMES D. SPIELMAN, Appellees**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. Dc-17-14118**

## ORDER

Before the Court is appellant's June 14, 2018 unopposed motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **July 3, 2018**.


        /s/     ADA BROWN
                JUSTICE